JS-6

| | |
|---|---|
| 1 | MARK E. TERMAN (Bar No. 116294) |
| | mark.terman@dbr.com |
| 2 | PASCAL BENYAMINI (Bar No. 203883) |
| | pascal.benyamini@dbr.com |
| 3 | **DRINKER BIDDLE & REATH LLP** |
| | 1800 Century Park East, Ste. 1400 |
| 4 | Los Angeles, CA  900367 |
| | Telephone:   (310) 203-4000 |
| 5 | Facsimile:    (310) 229-1285 |

Attorneys for Defendant
Tatitlek Training Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GEORGE MURRAY, an individual, | CASE NO.: EDCV-12-99-R(SPx) |
|---|---|
| Plaintiff, | *Honorable Manuel L. Real* |
| vs. | **JUDGMENT REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING DEFENDANT'S FIRST AND SECOND AFFIRMATIVE DEFENSES** |
| TATITLEK TRAINING SERVICES, INC., an unknown entity; TATITLEK CORPORATION, an unknown entity; and DOES 1-20, inclusive, | |
| Defendants. | Date:  September 4, 2012 |
| | Time: 10:00 a.m. |
| | Ctrm: 8 |
| | Discovery Cut-Off: Sept. 4, 2012 |
| | Final Pre-Trial Conf.: Sept. 24, 2012 |
| | Trial Date: Oct. 30, 2012 |

This action came on regularly for hearing before the Court, on September 4, 2012, the Honorable Manuel L. Real, United States District Judge presiding.

The Court, having considered the papers filed in support of and in opposition to the Motion for Summary Judgment by Defendant Tatitlek Training Services, Inc.'s ("Defendant") Regarding Defendant's First and Second Affirmative Defenses, and good cause appearing therefore,

1   IT IS ORDERED AND ADJUDICATED that Plaintiff George Murray take
2   nothing by his Complaint, that the action be dismissed on the merits with prejudice
3   and that costs be awarded to Defendant.
4
5   DATED: September 13, 2012      _____
6                                   The Honorable Manuel L. Real
                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28